# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| OSK II, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 12-CV-2145 |
| ) | |
| PEGGY L. CREEK, CHRISTOPHER E. ) | |
| CREEK, FIRST BANK & TRUST, S.B., ) | |
| a/k/a First Bank of Savoy, NEWTON'S ) | |
| CLEANING SPECIALIST, INC., and ) | |
| CTC ILLINOIS PROPERTIES, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On November 20, 2012, Magistrate Judge David G. Bernthal filed a Report and Recommendation (#24) in the above cause. Judge Bernthal recommended denying the Motion to Dismiss (#15) filed by Defendants, Peggy L. Creek, Christopher E. Creek, and CTC Illinois Properties, LLC. On December 7, 2012, Defendants filed their Objection to Report and Recommendation (#25) and a Memorandum in Support (#26). This court has carefully reviewed Judge Bernthal's thorough and well-reasoned recommendation and Defendants' Objection. Following this court's careful de novo review, this court agrees with Judge Bernthal's recommendation that the Motion to Dismiss (#15) should be denied. This court agrees with Judge Bernthal's well-supported analysis.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#24) is accepted by this court.

(2) The Motion to Dismiss (#15) filed by Defendants, Peggy L. Creek, Christopher E. Creek, and CTC Illinois Properties, LLC, is DENIED.

(3) This case is referred to Judge Bernthal for further proceedings.

ENTERED this <u>  11th  </u> day of <u>     December     </u>, 2012.

s/MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE
