UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| OSK II, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 12-CV-2145 |
| PEGGY L. CREEK, CHRISTOPHER E. | ) |
| CREEK, FIRST BANK & TRUST, S.B., | ) |
| a/k/a First Bank of Savoy, NEWTON'S | ) |
| CLEANING SPECIALIST, INC., and | ) |
| CTC ILLINOIS PROPERTIES, LLC, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On November 20, 2012, Magistrate Judge David G. Bernthal filed a Report and Recommendation (#24) in the above cause. Judge Bernthal recommended denying the Motion to Dismiss (#15) filed by Defendants, Peggy L. Creek, Christopher E. Creek, and CTC Illinois Properties, LLC. On December 7, 2012, Defendants filed their Objection to Report and Recommendation (#25) and a Memorandum in Support (#26). This court has carefully reviewed Judge Bernthal's thorough and well-reasoned recommendation and Defendants' Objection. Following this court's careful de novo review, this court agrees with Judge Bernthal's recommendation that the Motion to Dismiss (#15) should be denied. This court agrees with Judge Bernthal's well-supported analysis.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#24) is accepted by this court.

(2) The Motion to Dismiss (#15) filed by Defendants, Peggy L. Creek, Christopher E. Creek, and CTC Illinois Properties, LLC, is DENIED.

(3) This case is referred to Judge Bernthal for further proceedings.

ENTERED this   11th   day of     December     , 2012.

s/MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE